1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA
9                           ----oo0oo----
10  HOME BUILDERS ASSOCIATION OF
    NORTHERN CALIFORNIA, et al.,
11                                          NO. CIV. S-05-629 LKK GGH
              Plaintiffs,
12       v.
13
    UNITED STATES FISH AND WILDLIFE
14  SERVICE, et al.,
15
              Defendants.
16  _____/
17  DEFENDERS OF THE WILDLIFE, et al.,
18            Intervenors.
    _____/
19
    BUTTE ENVIRONMENTAL COUNCIL,
20
              Plaintiffs,             NO. CIV. S-04-0096 WBS KJM
21
         v.
22
    NORTON,                           RELATED CASE ORDER
23
              Defendant.
24  _____/
25
                            ----oo0oo----
26
27            Examination of the above-entitled actions reveals
28  that these actions are related within the meaning of Local Rule

1  83-123, E.D. Cal. (1997).  Plaintiffs are challenging the
2  validity of the same critical habitat areas and the adequacy of
3  the same economic analysis.  Accordingly, the assignment of the
4  matters to the same judge is likely to effect a substantial
5  saving of judicial effort and is also likely to be convenient for
6  the parties.  The parties should be aware that relating the cases
7  under Local Rule 83-123 merely has the result that these actions
8  are assigned to the same judge and the same magistrate judge; no
9  consolidation of the actions is effected.
10            IT IS THEREFORE ORDERED that the actions denominated
11  Civ. 2:04-0096 WBS KJM and Civ. 2:05-0629 LKK GGH should be, and
12  the same hereby are, reassigned to the Honorable WILLIAM B. SHUBB
13  and Magistrate Judge Kimberly J. Mueller for all further
14  proceedings.  Henceforth the captions on all documents filed in
15  the reassigned cases shall be shown as Civ. S-04-0096 WBS KJM and
16  Civ. S-05-0629 WBS KJM, and any dates currently set in the
17  reassigned cases _only_ are hereby VACATED.
18            IT IS FURTHER ORDERED that the Clerk of the Court make
19  appropriate adjustments in the assignment of civil cases to
20  compensate for this reassignment.
21            IT IS SO ORDERED.
22  DATED: July 19, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE